IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JASDIP SINGH,<br><br>                Defendant. | CASE NO.  1:25-MJ-00123-EPG<br><br>**ORDER THAT CASH BOND BE TRANSFERRED TO DISTRICT OF MASSACHUSETTS** |

On October 29, 2025, Defendant Jasdip Singh was released on conditions, including a $10,000.00 cash bond. Plaintiff was also ordered to report to the United States District Court for the District of Massachusetts for further proceedings. On October 30, 2025, this Court transferred relevant documents to the District of Massachusetts. (ECF No. 8). On October 29, 2025, a cash bond of $10,000.00 was posted as to Jasdip Singh.

Given that Mr. Singh's case is now pending before the Massachusetts, the Court orders the Clerk of the Court to transfer the $10,000.00 cash bond to the District of Massachusetts.

IT IS SO ORDERED.

Dated:  **November 21, 2025**       /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE